No. 98–568.　Hilliard et al., Trustees Under Trust Agreement Dated May 5, 1979 v. Shell Western E & P, Inc.　C. A. 6th Cir.　Certiorari denied.　Justice Breyer took no part

in the consideration or decision of this petition.